IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOM FRANKLIN, | § | |
| Plaintiff, | § § § | |
| V. | § | No. 3:13-CV-1680-D |
| GMAC MORTGAGE, ET AL., | § § § | |
| Defendants. | § § | |

### ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

This case is transferred to the Fort Worth Division of the Northern District of Texas pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED**.

May 30, 2013.

*[signature]*
SIDNEY A. FITZWATER
CHIEF JUDGE